**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| BARBARA SVITEK,<br><br>        Plaintiff,<br>   vs.<br><br>SUPERVALU, INC., DONALD R.<br>CHAPPEL, IRWIN S. COHEN, PHILIP L.<br>FRANCIS, MARK GROSS, ERIC G.<br>JOHNSON, MATHEW M. PENDO,<br>FRANCESCA RUIZ DE LUZURIAGA,<br>FRANK A. SAVAGE, and MARY A.<br>WINSTON,<br>        Defendants. | Case No.: 1:18-cv-01384-MN |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that Plaintiff Barbara Svitek ("Plaintiff") voluntarily dismisses her claims in the captioned action (the "Action") with prejudice.  Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: October 22, 2018                     **O'KELLY ERNST & JOYCE, LLC**

                                        */s/ Ryan M. Ernst*

                                        Ryan M. Ernst (#4788)
                                        901 N. Market St., Suite 1000
                                        Wilmington, DE 19801
                                        Telephone: (302) 778-4000
                                        Facsimile: (302) 295-2873
                                        Email: rernst@oelegal.com

                                        *Attorneys for Plaintiff*

1